**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHYNELL PEARSALL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **JP MORGAN CHASE BANK** | : | **NO. 21-3911** |

**<u>ORDER</u>**

**NOW**, this 24th day of May, 2022, upon consideration of plaintiff's motion to proceed *in forma pauperis* (Doc. No. 1) and her *pro se* complaint (Doc. No. 2), it is **ORDERED** as follows:

1.    Pursuant to 28 U.S.C. § 1915 leave to proceed *in forma pauperis* is **GRANTED**.

2.    The Complaint is deemed filed.

3.    The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4.    Plaintiff is granted leave to file an amended complaint if she does so within thirty (30) days of the date of this Order.

5.    If plaintiff files an amended complaint, it shall:  (a) identify all defendants both in the caption of the amended complaint and in the body of the amended complaint; and (b) state the basis for the plaintiff's claims against each defendant.

6.    The amended complaint shall be a complete document that does not rely upon plaintiff's claims in her initial Complaint nor any other papers filed in this case to state a claim.  When drafting an amended complaint, plaintiff shall consider the Court's reasons for dismissing her initial Complaint as explained in the Memorandum of this date.

7.     The Clerk of Court shall provide plaintiff with a copy of the Court's standard form complaint to be used by a *pro se* litigant filing a civil action, bearing Civil Action No. 21-3911.

8.     Plaintiff shall use this form to file her amended complaint.[1]

9.     Upon the filing of an amended complaint, the Clerk shall not make service unless ordered to do so by the Court.

10.    If plaintiff does not wish to amend his Complaint and instead intends to stand on her complaint, she shall file a "Notice to Stand on Complaint" with the Clerk of Court no later than **June 10, 2022**.  The Notice shall include Civil Action No. 21-3911.

11.    If plaintiff fails to file an Amended Complaint or a response to this Order, we shall conclude that she intends to stand on her Complaint and we will dismiss this case.

/s/ TIMOTHY J. SAVAGE J.

---

[1]  The form can be found on the Court's website at: http://www.paed.uscourts.gov/documents2/forms/forms-pro-se.